**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-1219

———————

STEVEN A. ROEBUCK, a resident of Wake County,
North Carolina; DONNA ROEBUCK, a resident of
Wake County, North Carolina,

                            Plaintiffs - Appellants,

          versus

UNITED STATES OF AMERICA,

                            Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  James C. Fox, District Judge.
 (CA-97-769-5-F-3)

———————

Submitted:  November 19, 1998      Decided:  December 1, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Steven A. Roebuck, Donna Roebuck, Appellants Pro Se. Charles Edward
Brookhart, Carol Ann Barthel, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven A. and Donna Roebuck appeal from the district court's order denying their petition to quash third-party recordkeeper summonses issued by the Internal Revenue Service to a financial institution and a certified public accountant firm and ordering enforcement of the summonses. We have reviewed the record and the district court's opinion and find no abuse of discretion and no clear error. Accordingly, we affirm on the reasoning of the district court. <u>Roebuck v. United States</u>, No. CA-97-769-5-F-3 (E.D.N.C. Jan. 2, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2